HAROLD E. WOLF, Appellant, v. GEORGE FARKAS et al., Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Martin, P. J., and Callahan, J., dissent insofar as the complaint is dismissed against George Farkas, Louis Schwadron, Alexander's Department Store, Inc., and Biscayne Realty Corp. and vote to modify the determination of the Appellate Term and order a new trial as to them.

## (November 30, 1945.)

In the Matter of HARRY WEINER, Appellant, against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

FEURER EMBLEM WORKS, INC., Respondent, v. LOUIS PODELL et al., Copartners Doing Business as THE SPAR-TEX COMPANY, Appellants.— Order unanimously reversed, without costs, and plaintiff's motion to punish defendants for contempt of court denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LEO WIESNER, Appellant, v. ISAAC ZIMBER et al., Respondents.— Order, so far as appealed from, unanimously modified by restoring item 7 to its original form and by limiting the production of books and papers to the books and papers of the defendants, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ANNA T. O'C. BLAIR, Appellant, against EDWARD S. McSWEENEY et al., Constituting the Medical Board of the Teachers' Retirement Board, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSALIE HORN et al., Appellants, v. HEDE VASEN, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to examine the defendant before trial as to items (b) and (f) set forth in said order granted in addition to the other items allowed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 270 App. Div. 760.]

HERBERT D. ADLER, Respondent, v. PILOT INDUSTRIES, INC., Appellant, et al., Defendants.— Order, so far as appealed from, unanimously modified by denying plaintiff's motion to vacate the demand of defendant Pilot Industries, Inc., for a bill of particulars in respect to items 17, 20 and 21, and as so modified affirmed, with $20 costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of a copy of the order with notice of entry. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

McKESSON & ROBBINS, INC., Appellant, v. LUIS CABALLERO et al., Copartners Doing Business as LUIS CABALLERO, Respondents. JOHN F. O'HAGAN, Appellant, v. LUIS CABALLERO et al., Doing Business as LUIS CABALLERO, Respondents.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.